JS 45 (11/2002)

**Criminal Case Cover Sheet**                                                    U.S. District Court

Place of Offense:                        Related Case Information:

City_____    Superseding Indictment _____  Docket Number/Judge _1:12CR_____

County/Parish__Fairfax_____     Same Defendant _____  New Defendant _____X_____
                                 Magistrate Judge Case Number_____
                                 Search Warrant Case Number_____
                                 R 20/R 40 from District of _____

Defendant Information:

Juvenile -- Yes _____ No __X___  If Yes, Matter to be sealed: __X__  Yes _____ No  FBI # _____

Defendant Name:_ KURAYE TAMUNOIBI AKUIYIBO ____    Alias Name(s) _a/k/a "G", a/k/a "Gerald"_____

Address: _____▇▇▇▇_____ Miami, FL 33131_____

Employment: _____

Birthdate_▇▇▇_1979_ SS#_▇▇▇_0293_ Sex__M___ Race__H__ Nationality___U.S_____

Place of Birth_____ Height_____ Weight_____ Hair__Blk___ Eyes__Brn___ Scars/Tattoos _____

Interpreter: ☒ No ☐ Yes   List language and/or dialect: _____  Automobile Description _____ _____

Location Status:

Arrest Date _____

☐ Already in Federal Custody as of _____ in_____.

☐ Already in State Custody     ☐ On Pretrial Release     ☒ Not in Custody

☒ Arrest Warrant Requested     ☐ Fugitive     ☐ Summons Requested

☐ Bond _____     ☐Detention Sought

Defense Counsel Information:

Name:_____         ☐ Court Appointed
Address:_____        ☐ Retained
Telephone: _____        ☐ Public Defender
                                   ☐ Office of Federal Public Defender should not be appointed
                                      due to conflict of interest
                                   ☐ CJA attorney _____ should not be appointed
                                      due to conflict of interest

U.S. Attorney Information:

AUSA:_ Kimberly Riley Pedersen __  Telephone No:_ (703) 299-3700 ___  Bar #__USAO___

Complainant Agency, Address & Phone Number  or Person & Title, if any:

Special Agent David M. DeFilippis - Federal Bureau of Investigation _____

U.S.C. Citations:

Total # of Counts: ____1____

| Code Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|
| Set 1 18 U.S.C. § 1956(h) | Conspiracy to Commit Money Laundering | 1 | Felony |
| Set 2 18 U.S.C. §§ 1952(a)(1), (a)(3), 371 | Consp. to Trvl/Use Interstate Facilities in Aid of Racketeering Ent. | 2 | Felony |
| Set 3 18 U.S.C. §§ 1952(a)(2), 2 | Interstate Trvl/Use of Interstate Facilities in Aid of Racketeering Ent. | 3, 5-6, 9-10 | Felony |
| Set 4 18 U.S.C. §§ 924(c)(1)(A)(ii), 2 | Use & Carry a Firearm During & In Relation to a Crime of Violence | 4, 7 | Felony |

Date:_1/24/12___     Signature of AUSA _K Pedersen_____

JS 45 (11/2002)

**Criminal Case Cover Sheet**                                      U.S. District Court

<u>Place of Offense:</u>                          <u>Related Case Information:</u>

City_____          Superseding Indictment _____ Docket Number/Judge _1:12CR_____

County/Parish __Fairfax___            Same Defendant _____ New Defendant ___X_____
                                      Magistrate Judge Case Number_____
                                      Search Warrant Case Number _____
                                      R 20/R 40 from District of _____

<u>Defendant Information:</u>

Juvenile -- Yes _____ No _X___ If Yes, Matter to be sealed: __X___ Yes _____ No  FBI # _____

Defendant Name:__OTASOWIE CHRISTOPHER ASUEN_____ Alias Name(s) _a/k/a "Otas", a/k/a "Gene"_

Address: _____

Employment: _____

Birthdate____█████_1985___ SS#__████__0058_ Sex__M___ Race__B___ Nationality___U.S_____

Place of Birth_____ Height_____ Weight_____ Hair__Blk___ Eyes__Brn___ Scars/Tattoos _____

Interpreter: ☒ No ☐ Yes   List language and/or dialect: _____ Automobile Description _____ _____

<u>Location Status:</u>

Arrest Date _____

☐ Already in Federal Custody as of _____ in_____.

☐ Already in State Custody      ☐ On Pretrial Release      ☒ Not in Custody

☒ Arrest Warrant Requested      ☐ Fugitive                ☐ Summons Requested

☐ Bond _____       ☐Detention Sought

<u>Defense Counsel Information:</u>

Name:_____          ☐ Court Appointed
Address:_____          ☐ Retained
Telephone: _____          ☐ Public Defender
                                             ☐ Office of Federal Public Defender should not be appointed
                                             due to conflict of interest
                                             ☐ CJA attorney _____ should not be appointed
                                             due to conflict of interest

<u>U.S. Attorney Information:</u>

AUSA:__Kimberly Riley Pedersen___ Telephone No: _(703) 299-3700____ Bar #__USAO____

<u>Complainant Agency, Address & Phone Number  or Person & Title, if any:</u>

<u>Special Agent David M. DeFilippis - Federal Bureau of Investigation_____</u>

<u>U.S.C. Citations:</u>

Total # of Counts: ____1____

| Code Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|
| Set 1 _18 U.S.C. §§ 1952(a)(1), (a)(3), 371_ | Consp. to Trvl/Use Interstate Facilities in Aid of Racketeering Ent. | 2 | Felony |
| Set 2 _18 U.S.C. §§ 1952(a)(2), 2_ | Interstate Trvl/Use of Interstate Facilities in Aid of Racketeering Ent. | 5-6 | Felony |
| Set 3 _18 U.S.C. §§ 924(c)(1)(A)(ii), 2_ | Use & Carry a Firearm During & In Relation to a Crime of Violence | 7 | Felony |

Date: _1/24/12_          Signature of AUSA _K Pedersen_

JS 45 (11/2002)

## Criminal Case Cover Sheet

U.S. District Court

Place of Offense:

City_____

County/Parish__Fairfax_____

Related Case Information:

Superseding Indictment _____ Docket Number/Judge _1:12CR_____

Same Defendant _____ New Defendant _____X_____

Magistrate Judge Case Number_____

Search Warrant Case Number _____

R 20/R 40 from District of _____

## Defendant Information:

Juvenile -- Yes _____ No __X___ If Yes, Matter to be sealed: __X__ Yes _____ No  FBI # _____

Defendant Name:__ALAFAKA PATIENCE OPUYIO_____    Alias Name(s) _a/k/a "Amy", a/k/a "Tracy"___

Address: _____

Employment: _____

Birthdate____■1980__ SS#___■3642_ Sex__F__ Race__B__ Nationality___U.S_____

Place of Birth_____ Height_____ Weight_____ Hair__Blk__ Eyes__Brn__ Scars/Tattoos _____

Interpreter: ☒ No ☐ Yes   List language and/or dialect: _____ Automobile Description _____

Location Status:

Arrest Date _____

☐ Already in Federal Custody as of _____ in_____.

☐ Already in State Custody    ☐ On Pretrial Release    ☒ Not in Custody

☒ Arrest Warrant Requested    ☐ Fugitive    ☐ Summons Requested

☐ Bond _____    ☐Detention Sought

Defense Counsel Information:

Name:_____

Address:_____

Telephone: _____

☐ Court Appointed
☐ Retained
☐ Public Defender
☐ Office of Federal Public Defender should not be appointed due to conflict of interest
☐ CJA attorney _____ should not be appointed due to conflict of interest

U.S. Attorney Information:

AUSA:__Kimberly Riley Pedersen___ Telephone No:__(703) 299-3700___ Bar #__USAO___

Complainant Agency, Address & Phone Number or Person & Title, if any:

Special Agent David M. DeFilippis - Federal Bureau of Investigation

U.S.C. Citations:

Total # of Counts: ___1___

| Code Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|
| Set 1 18 U.S.C. § 1956(h) | Conspiracy to Commit Money Laundering | 1 | Felony |
| Set 2 18 U.S.C. §§ 1952(a)(1), (a)(3), 371 | Consp. to Trvl/Use Interstate Facilities in Aid of Racketeering Ent. | 2 | Felony |
| Set 3 18 U.S.C. §§ 1952(a)(2), 2 | Interstate Trvl/Use of Interstate Facilities in Aid of Racketeering Ent. | 9-10 | Felony |

Date: _1/24/12___    Signature of AUSA _KRPedersen_

JS 45 (11/2002)

Criminal Case Cover Sheet                                              U.S. District Court

Place of Offense:                          Related Case Information:

City_____             Superseding Indictment _____ Docket Number/Judge _1:12CR_____

County/Parish__Fairfax_____             Same Defendant _____ New Defendant _____X_____
                                          Magistrate Judge Case Number_____
                                          Search Warrant Case Number _____
                                          R 20/R 40 from District of _____

Defendant Information:

Juvenile -- Yes _____ No __X___  If Yes, Matter to be sealed: __X___ Yes _____ No  FBI # _____

Defendant Name:__NASSIM TABATABAI_____    Alias Name(s) _a/k/a "Naz"_____

Address: _____████████__█___New York, NY_____

Employment: _____

Birthdate_███__1979_ SS#_███__1895_ Sex__F__ Race__W__ Nationality___U.S_____

Place of Birth_____ Height_____ Weight_____ Hair__Brn____ Eyes__Brn____ Scars/Tattoos _____

Interpreter: ☒ No ☐ Yes  List language and/or dialect: _____ Automobile Description _____ _____

Location Status:
Arrest Date _____

☐ Already in Federal Custody as of _____ in_____.

☐ Already in State Custody      ☐ On Pretrial Release     ☒ Not in Custody

☒ Arrest Warrant Requested      ☐ Fugitive               ☐ Summons Requested

☐ Bond _____          ☐Detention Sought

Defense Counsel Information:
                                          ☐ Court Appointed
Name:_____              ☐ Retained
Address:_____              ☐ Public Defender
Telephone: _____              ☐ Office of Federal Public Defender should not be appointed
                                              due to conflict of interest
                                          ☐ CJA attorney _____ should not be appointed
                                              due to conflict of interest

U.S. Attorney Information:

AUSA:__Kimberly Riley Pedersen___ Telephone No: _(703) 299-3700____ Bar #_USAO___

Complainant Agency, Address & Phone Number  or Person & Title, if any:

Special Agent David M. DeFilippis - Federal Bureau of Investigation _____

U.S.C. Citations:

Total # of Counts: ____1____

| Code Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|
| Set 1_18 U.S.C. § 1956(h) | Conspiracy to Commit Money Laundering | 1 | Felony |
| Set 2_18 U.S.C. §§ 1952(a)(1), (a)(3), 371 | Consp. to Trvl/Use Interstate Facilities in Aid of Racketeering Ent. | 2 | Felony |
| Set 3_18 U.S.C. §§ 1957(a) | Money Laundering | 8 | Felony |

Date: _1/24/12_        Signature of AUSA _KPedersen_

JS 45 (11/2002)

**Criminal Case Cover Sheet**                                         **U.S. District Court**

Place of Offense:            Related Case Information:

City_____    Superseding Indictment _____ Docket Number/Judge_1:12CR_____

County/Parish__Fairfax_____    Same Defendant _____ New Defendant _____X_____
                                  Magistrate Judge Case Number_____
                                  Search Warrant Case Number _____
                                  R 20/R 40 from District of _____

Defendant Information:

Juvenile -- Yes _____ No _X___   If Yes, Matter to be sealed: __X__ Yes _____ No  FBI # _____

Defendant Name:_JENNIFER CHIRCHILL_____     Alias Name(s)  a/k/a "Jennifer Nukul"_____

Address: _____█████████___Irvine, CA 92612_____

Employment: _____

Birthdate__█████_1983__ SS#__█████_1683__ Sex__F___ Race__W___ Nationality____U.S_____

Place of Birth_____ Height_____ Weight_____ Hair__Brn____ Eyes__Brn____ Scars/Tattoos _____

Interpreter: ☒ No ☐ Yes   List language and/or dialect: _____ Automobile Description _____ _____

Location Status:

Arrest Date _____

☐ Already in Federal Custody as of _____ in_____.

☐ Already in State Custody    ☐ On Pretrial Release    ☒ Not in Custody

☒ Arrest Warrant Requested    ☐ Fugitive    ☐ Summons Requested

☐ Bond _____    ☐Detention Sought

Defense Counsel Information:

                                           ☐ Court Appointed

Name:_____            ☐ Retained

Address:_____           ☐ Public Defender

Telephone: _____         ☐ Office of Federal Public Defender should not be appointed
                                           due to conflict of interest
                                           ☐ CJA attorney _____ should not be appointed
                                           due to conflict of interest

U.S. Attorney Information:

AUSA:_ Kimberly Riley Pedersen __ Telephone No:  (703) 299-3700 ___ Bar #_USAO___

Complainant Agency, Address & Phone Number or Person & Title, if any:

Special Agent David M. DeFilippis - Federal Bureau of Investigation _____

U.S.C. Citations:

Total # of Counts: ____1____

| Code Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|
| Set 1 _18 U.S.C. §§ 1952(a)(1), (a)(3), 371_ | Consp. to Trvl/Use Interstate Facilities in Aid of Racketeering Ent. | 2 | Felony |

Date:_1/24/12___          Signature of AUSA _K Pedersen_____

JS 45 (11/2002)

| Criminal Case Cover Sheet | U.S. District Court |
|---|---|

**Place of Offense:**

City_____

County/Parish__Fairfax_____

**Related Case Information:**

Superseding Indictment _____ Docket Number/Judge _1:12CR_____

Same Defendant _____ New Defendant _____X_____

Magistrate Judge Case Number_____

Search Warrant Case Number _____

R 20/R 40 from District of _____

**Defendant Information:**

Juvenile -- Yes _____ No __X___ If Yes, Matter to be sealed: __X___ Yes _____ No  FBI # _____

Defendant Name:__KIANA CHERRIE MCKELVIN_____    Alias Name(s)  a/k/a "Vicky"_____

Address: _____Arlington, VA_____

Employment: _____

Birthdate____1980___ SS#____0575___ Sex__F___ Race__W___ Nationality____U.S_____

Place of Birth_____ Height_____ Weight_____ Hair__Blk____ Eyes__Brn___ Scars/Tattoos _____

Interpreter: ☒ No ☐ Yes  List language and/or dialect: _____ Automobile Description _____ _____

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in_____.

☐ Already in State Custody        ☐ On Pretrial Release      ☒ Not in Custody

☒ Arrest Warrant Requested        ☐ Fugitive                ☐ Summons Requested

☐ Bond _____           ☐Detention Sought

**Defense Counsel Information:**

Name:_____

Address:_____

Telephone: _____

☐ Court Appointed
☐ Retained
☐ Public Defender
☐ Office of Federal Public Defender should not be appointed due to conflict of interest
☐ CJA attorney _____ should not be appointed due to conflict of interest

**U.S. Attorney Information:**

AUSA:__Kimberly Riley Pedersen__ Telephone No:__(703) 299-3700___ Bar #__USAO___

**Complainant Agency, Address & Phone Number  or Person & Title, if any:**

Special Agent David M. DeFilippis - Federal Bureau of Investigation _____

**U.S.C. Citations:**

Total # of Counts: ___1____

| Code Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|
| Set 1 _18 U.S.C. §§ 1952(a)(1), (a)(3), 371_ | Consp. to Trvl/Use Interstate Facilities in Aid of Racketeering Ent. | 2 | Felony |

Date:_1/24/12_    Signature of AUSA _K Pedersen_