IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No.  1:12-CR-038 (LMB) |
| v. ) | |
| ) | |
| KURAYE TAMUNOIBI AKUIYIBO, ) | |
| OTASOWIE CHRISTOPHER ASUEN, ) | |
| ALAFAKA PATIENCE OPUIYO, ) | |
| NASSIM TABATABAI, ) | |
| JENNIFER CHURCHILL, ) | |
| KIANA CHERRIE MCKELVIN, ) | |
| Defendants. ) | |

GOVERNMENT'S UNOPPOSED MOTION FOR PROTECTIVE ORDER

The United States of America, by and through its undersigned counsel, moves this Court for an for an order to protect from disclosure and dissemination certain documents and information produced by the United States to defendants as part of its discovery obligations in this case, including the following:

All documents obtained by grand jury subpoena, grand jury testimony, court orders, search and seizure warrants, Title III wiretap pleadings and other Jencks Act materials; and

All FBI 302s and source reports, Montgomery County Police Department reports, and other notes or records of interviews with potential witnesses.

The above-listed documents shall be referred to as the Protected Documents, and shall be subject to the following order ("Order"):

1.    The government shall disclose Protected Documents to defendants' attorneys, who will be responsible for maintaining Protected Documents. The government has disclosed

more than 7,300 pages of discovery to date and is preparing to disclose additional materials to the defense.

2.	Access to Protected Documents shall be restricted to persons authorized by this Order, namely the defendants, attorneys of record and attorneys, paralegals, investigators, experts, and secretaries employed by the attorneys of record and performing work on behalf of the defendants.

3.	The following restrictions are placed on the defendants, defendants' attorneys and the above-designated individuals, unless and until further ordered by the Court. The defendants, defendants' attorneys and the above-designated individuals shall not:

    a.	make copies for, or allow copies of any kind to be made by, any other person of Protected Documents;

    b.	allow any other person to read non-sworn Protected Documents;

    c.	use the Protected Documents or information for any purpose other than preparing to defend against the charges in the Indictment.

4.	Defendants' attorneys shall inform any person to whom disclosure may be made pursuant to this Order of the existence and terms of this Order.

5.	Nothing in this Order shall restrict the use or introduction as evidence by the defendants' attorneys of Protected Documents or information during, or in preparation for, the trial of this matter. Defendants' attorneys, however, must redact any personal identifying information in the Protected Documents in accord with Federal Rule of Criminal procedure 49.1, even if the Protected Documents did not redact such information.

6.	Upon conclusion of this action, defendants' attorneys shall return to government

counsel, or destroy and certify to government counsel the destruction of, all Protected Documents within a reasonable period of time, not to exceed thirty days after the last appeal is final.

      Therefore, the government requests the Court enter the attached order that is not opposed by counsel in this action.

                                       Respectfully submitted,

                                       Neil H. MacBride
                                       United States Attorney

By:           /s/
        Kimberly R. Pedersen
        Patricia M. Haynes
        Assistant United States Attorneys
        United States Attorney's Office
        2100 Jamieson Avenue
        Alexandria, VA 22314
        Phone: (703) 299-3700
        Fax:   (703) 299-3981
        Email: kimberly.riley.pedersen@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 3rd day of April, 2012, I will electronically file the foregoing with the Clerk of Court using the CM/ECF and noticing the following:

Stuart Alexander Sears
John Zwerling
Counsel for Defendant Akuiyibo
ZWERLING, MOSELEY & SEARS, P.C.
114 North Alfred Street
Alexandria, VA 22314
Telephone: 703-684-8000
Fax: 703-684-9700
stuart@zwerling.com
john@zwerling.com

Nina Ginsberg, Esq.
Counsel for Defendant Asuen
DiMuroGinsberg, P.C.
1101 King Street, Suite 610
Alexandria, VA 22314
phone 703-684-4333
fax 703-548-3181
nginsberg@dimuro.com

Ronald L. Hiss, Esq.
Counsel for Defendant Opuiyo
2020 N. Fourteenths Street
Suite 510
Arlington, VA 22201
phone (703) 524-4477
fax (703) 524-5283
angiemurgo@aol.com

Kobie Flowers, Esq.
Counsel for Defendant Tabatabai
Flowers Law Firm PLLC
1750 K Street, NW
Suite 200
Washington, DC 20006
Main: (202) 742-5969
Direct: (202) 742-5983
Fax: (202) 742-5948
kflowers@flowerslaw.com

Lance Robinson, Esq.
Counsel for Defendant Tabatabai (local counsel)
London & Mead
Suite 320
1225 19th Street, NW
Washington, DC 20036
(202) 331-3334
(202) 784-4280
lrobinson@londonandmead.com

Denise J.Tassi, Esq.
Counsel for Defendant McKelvin
221 S. Fayette Street
Alexandria, VA 22314
phone 703-867-9080
DJTassi@verizon.net

Kerri L. Ruttenberg, Esq.
Counsel for Jennifer Churchill
Jones Day
51 Louisiana Ave., NW
Washington, D.C.  20001-2113
phone 202-879-5419
fax 202-626-1700
kruttenberg@jonesday.com

By:       /s/
    Kimberly R. Pedersen
    Patricia M. Haynes
    Assistant United States Attorneys
    United States Attorney's Office
    2100 Jamieson Avenue
    Alexandria, VA 22314
    Phone: (703) 299-3700
    Fax:    (703) 837-8242
    Email: kimberly.riley.pedersen@usdoj.gov