IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No.  1:12-CR-038 (LMB) |
| v. ) | |
| ) | |
| KURAYE TAMUNOIBI AKUIYIBO, ) | |
| OTASOWIE CHRISTOPHER ASUEN, ) | |
| ALAFAKA PATIENCE OPUIYO, ) | |
| NASSIM TABATABAI, ) | |
| JENNIFER CHURCHILL, ) | |
| KIANA CHERRIE MCKELVIN, ) | |
| Defendants. ) | |

PROTECTIVE ORDER

This matter is before the Court on the government's unopposed motion for an order to protect from disclosure and dissemination certain documents and information produced by the United States to defendants as part of its discovery obligations in this case, including the following:

All documents obtained by grand jury subpoena, grand jury testimony, court orders, search and seizure warrants, Title III wiretap pleadings and other Jencks Act materials; and

All FBI 302s and source reports, Montgomery County Police Department reports, and other notes or records of interviews with potential witnesses.

The above-listed documents shall be referred to as the Protected Documents, and shall be subject to the following order ("Order"):

1. The government shall disclose Protected Documents to defendants' attorneys, who will be responsible for maintaining Protected Documents.

2. Access to Protected Documents shall be restricted to persons authorized by this Order, namely the defendants, attorneys of record and attorneys, paralegals, investigators, experts, and secretaries employed by the attorneys of record and performing work on behalf of the defendants.

3. The following restrictions are placed on the defendants, defendants' attorneys and the above-designated individuals, unless and until further ordered by the Court. The defendants, defendants' attorneys and the above-designated individuals shall not:

   a. make copies for, or allow copies of any kind to be made by, any other person of Protected Documents;

   b. allow any other person to read non-sworn Protected Documents;

   c. use the Protected Documents or information for any purpose other than preparing to defend against the charges in the Indictment.

4. Defendants' attorneys shall inform any person to whom disclosure may be made pursuant to this Order of the existence and terms of this Order.

5. Nothing in this Order shall restrict the use or introduction as evidence by the defendants' attorneys of Protected Documents or information during, or in preparation for, the trial of this matter. Defendants' attorneys, however, must redact any personal identifying information in the Protected Documents in accord with Federal Rule of Criminal procedure 49.1, even if the Protected Documents did not redact such information.

6. Upon conclusion of this action, defendants' attorneys shall return to government counsel, or destroy and certify to government counsel the destruction of, all Protected

Documents within a reasonable period of time, not to exceed thirty days after the last appeal is final.

IT IS SO ORDERED.

Dated: _____    _____
                                                      Honorable Leonie M. Brinkema
                                                      United States District Judge