## LETTERS SUBMITTED ON BEHALF OF MR. AKUIYIBO

1.  Ekine Akuiyibo

2.  Dumo Akuiyibo

3.  Owualata Egonu

4.  Ibiere Akuiyibo

5.  Helen & Scott Rodde

6.  Heather Rodde Akuiyibo

7.  Ibifaa Brimmo

8.  Olukemi Ojanuga

9.  George Ojanuga

10. Olubusola Brimmo

11. Sotonte Ebenibo

12. Ibiye Owei

13. Tarilate Owei

14. Boma Akhiojemi

15. Kaine Brimmo

16. Biokpo George

17. Davidba Olise

18. Opuenebo Owei

19. Seliye George

20. Dr. & Mrs. Obelebra Adebiyi

21. Ibiteyin Myers

22. Dawari George

23. Ejiro Esi

24. Rukevbe Esi

25. Erhiuvie Abu

26. Kelechi Olejeme

27. Data Nwachukwu

28. Ebru Esi

Akuiyibo, Ekine

███████████

San Francisco, CA 94114

July 24, 2012

The Honorable Leonie Milhomme Brinkema
United States District Judge
Eastern District of Virginia
401 Courthouse Square
Alexandria, Virginia, 22314

Dear Judge Brinkema:

My name is Ekine Akuiyibo and I am Kuraye's older brother. I joined Oracle Corporation in Santa Clara, California, as Senior Software Engineer in October 2011, after receiving my Ph.D. in Electrical Engineering from Stanford University (September 2011). I volunteer for projects/activities on teaching science, technology, engineering or mathematics (STEM), as part of Oracle Volunteers. I was president of the National Society of Black Engineers (NSBE) at George Mason University, professional development chair of NSBE Alumni Extension, Washington DC chapter, and member of the Graduate Diversity Committee at Stanford. I am married to Heather Rodde Akuiyibo, and we have a son, Joshua Tamunotonye Akuiyibo, born October 2011.

Kuraye is 33 years old, the third of five children to our mother, Deaconess (Dr.) Ibiere Akuiyibo, and (late (1996)) father, Dr. Dimabo Akuiyibo. He holds a bachelor's degree (2005) in engineering from George Mason University, Fairfax, Virginia. Of us five kids, Kuraye is the most like my father. He is a very bright young man, ambitious and intelligent, but also silly. He is generous almost to a fault with all that he possesses from material things to his time. He is a conscientious loving individual and you see this most clearly when he interacts with others especially with kids. Uncle Kuraye shows up at birthday parties, plays games with them, reads books to them, scolds them - Kuraye is phenomenal with kids. He is always an absolute joy to be around.

That Kuraye ended up earning a degree in engineering is not surprising. As a young child he was always curious about how things worked, he was very good with his hands, and of course it didn't hurt that our dad on weekends paraded the house, tool box in hand, looking for things to take apart and 'fix'. An engineer himself, our dad talked constantly about how engineers could do anything, but he always reminded us that it required hard work.

Page 2
The Honorable Judge Leonie Milhomme Brinkema
July 24, 2012

Clearly I have known Kuraye his entire life.  We grew up together in a large extended family (our generation alone boasts 48 first cousins), where we learned that the value of a good education is paramount. This I believe originated from my maternal grandfather who, despite intense opposing cultural sentiment at the time, insisted on educating his 8 daughters well past secondary (high) school because he believed education and not material wealth led to lasting success.

Up until 1996, we lived uneventful normal lives. But after our father passed away in November 1996, things changed. At the time this happened, I had just recently moved to the US to begin again my college studies. Kuraye had not completed secondary (high) school, but with uncertainty around our father's assets, I suggested and the family agreed that it was best he joined me in the US since he was also an American citizen. So here we were working full-time jobs and going to school; I at the time at Northern Virginia Community College (NOVA), Manassas, Virginia, and Kuraye in high school in Manassas as well. We had the support of our family but this was the first time we were thousands of miles away from the majority of them and fending for ourselves. I will not speculate what effect this had on him but the effect on me was that I was suddenly thrust into the role of father figure; I was only 22. I don't think even Kuraye understands or appreciates the implications of such a sudden life change; he was just 17.

Kuraye's genuine affable nature is the reason he got his break in the computer technology industry and is just one more example of how hard working he is. Kuraye was enrolled at NOVA and had a friend whose uncle worked at UUNET (at the time one of the largest internet service providers in the world).  This friends uncle told them that if they worked hard at school, he would get them both summer internships at UUNET. Kuraye got that internship (his friend did not) and went on to work there full-time as a Software Systems Engineer for over three years, while at the same time working on his degree part-time. After UUNET, he worked as a systems analyst and consultant for Planmatics, a leading management and systems consulting firm, and after that as a senior systems analyst and then product engineering manager at America Online (AOL). I should point out that he had not graduated with his bachelors degree yet he managed to not only get these great challenging jobs, but excel at them and get promotions! I for one was in awe of him and also very proud.  I playfully and constantly reminded him that I was the one that got him his very first job in the world doing a 3AM daily paper route in Manassas.

Page 3
The Honorable Judge Leonie Milhomme Brinkema
July 24, 2012

As I mentioned earlier Kuraye is very generous. He took on the responsibility, while I languished in grad school and accumulated more and more student loans, to help his siblings (especially my sister) and our mom financially. He didn't have to do this, but that's just the type of person that he is.

To me, Kuraye has been a wonderful, caring brother and friend. When I was 18, and he was 13, I was diagnosed with petit mal seizures. One day at home (in Nigeria), I was in the middle of an attack and didn't realize it - I was semiconscious. I was preparing to take a shower but then somehow I had discarded my bath towel and was headed out of the house, completely naked. Kuraye caught up with me just as I left the front door. He brought me back to my room and called for our parents. I will never forget the look on his face when I came to. He was frightened, but he looked me straight in the eye and told me he would always be there for me. Till this day he asks to make sure I'm taking my medication.

He is the first person I call for advice, no matter the subject. He always knows how to cheer me up. A couple of years into my program, I was going through a rough patch at Stanford - I had just failed my Ph.D. qualifying exams. I called Kuraye to lament. He quietly listened to me rant. I blamed the 'unfair' process, I complained about the people, I complained about everything. When I was finished he asked very calmly "Did anybody pass?". I immediately got the point.

Naturally he was my best man at our wedding and in typical Kuraye fashion he expanded his role to MC at the rehearsal dinner, MC and dance coordinator at the wedding, and just generally became the the guy everyone went to with questions. My in-laws adore him. My wife adores him and even now they have long conversations on the phone about our son and all the fun adventures we can't wait to get to. When Joshua was born, of all our combined out of town relatives, Kuraye showed up first, gifts in hand with a huge smile on his face. My wife always talks about that.

Amongst all 48 cousins, he is the one that kept in best contact, not just with the cousins but with the various aunts and uncles. This matter has been extremely hard on our meticulously, upright family. We want desperately to understand what went wrong. But more importantly, we want to help him move on and rebuild himself.

These last six months, I talk to Kuraye almost everyday. I send him pictures of his nephew, we talk about the future.

Page 4
The Honorable Judge Leonie Milhomme Brinkema
July 24, 2012

Kuraye knows he has made mistakes. If anybody can grow from this I know Kuraye can and he will. He has the full support of his entire family and friends.

I ask that you consider his background and upbringing, and all the good he has done for his family and his community. I ask that you consider all the good that his family and friends have done for their communities as well. I ask that you consider the extreme suffering that we all have endured every single moment of the last 6 months. I ask that you consider the support framework Kuraye has to help him repair the damage he has done. I implore mercy. Please return Kuraye to us quickly so that we can continue the process of personal growth and help him reassume his role as a responsible contributing citizen.

Respectfully and most sincerely,

Ekine Akuiyibo

Dumo Akuiyibo

█████████

Missouri city, TX 77489

11th June, 2012

The Honorable Leonie Milhomme Brinkema
United States District Judge
Eastern District of Virginia
401 Courthouse Square
Alexandria, Virginia, 22314

Dear Judge Brinkema:

I write in support of my brother Kuraye Akuiyibo who is to be sentenced August 3, 2012. Kuraye is my immediate older brother, and we grew up together in the same home in Port Harcourt, Rivers, Nigeria. As a kid, Kuraye was my big brother who was good at everything he did. He shined at table tennis, snooker, tennis, and Kuraye was such a great soccer player that we were all sure he was going pro. He was also a great dancer, and had a knack for emulating professional dance moves we watched on TV with little practice. Everyone in our neighborhood knew Kuraye and he was openly celebrated. Often times, because he was so popular, Kuraye put himself in harm's way for the sake of family and friends. As a kid, I remember him stepping in for a friend who was being attacked by three older boys, and getting his nose fractured as a result. Kuraye also always strived to exceed the expectations of family and friends. And he often did. I remember the first time Kuraye broke his arm. He wanted his team to win so he refused to stop playing despite the pouring rain.

Though I had always looked up to him, Kuraye took up an even bigger role in my life when he left Nigeria in 1997, shortly after our dad passed away. He had been physically gone, but Kuraye began to contribute more to the family back home. He would send us clothes, shoes, and often money. Kuraye's generosity went beyond immediate family members and he often sent stuff to his friends back home as well. Kuraye grew up rather quickly and when my younger brother and I moved to the US in 2001 for college, we stayed with Kuraye who had just turned 22. He was working as a systems analyst at UUNET at the time, and was barely making enough money to take care of himself, not to mention two more people. But we managed. I remember one time when we ate oatmeal sans milk three times a day, for 2 days because he had spent his money on textbooks and had not yet gotten paid. Kuraye not only shared his space and income, but also put his education on hold because he wanted my younger brother and me to have a good education. When Kuraye eventually went back to school, he worked so hard, taking many

classes and working fulltime at America Online that he ended up graduating with us both in 2006. He was driven. Kuraye believed that his sacrifices were not an excuse to postpone his education any further. Such drive coupled with his willingness to sacrifice made Kuraye my ideal role model.

Even then, Kuraye's support for his family did not end after college. He has been and is still an encourager to us all. He always speaks positively, and is willing to put his money behind his words. When I was leaving Washington to launch my trading business in Miami, he totally supported me. He was both financially and emotionally encouraging. He believed that I could make it work and he never stopped encouraging me. Kuraye would come to Miami to see me while I traded. We would go to dinner, talk about the future and he would help me stay strong. Even now, as I am currently studying for graduate school, he calls me every week from the penitentiary, asking how my GMAT studies are going. When I complain about my slow progress, he still encourages me.

I work as a banker in JPMorgan Chase in Houston, Texas. I worship at the Braeswood Assemblies of God Church, and over the last two years, I have been an avid supporter of Smile Train, which serves to fund cleft surgeries for children in poor countries. I am also a volunteer for the autism care walk that serves to raise autism awareness in the US. I attribute much of my success to the relationship I share with brother Kuraye. And I firmly believe that through the love and support I received from him, I am now in a position to give back to the community. I ask that you to consider his entire life and grant him leniency in your sentencing. I appreciate you for taking the time to read this letter.

Respectfully and most sincerely,

Dumo Akuiyibo

Mrs Owualata Egonu

Wiltshire
United Kingdom

08th June 2012

The Honorable Leonie MilhommeBrinkema
United States District Judge
Eastern District of Virginia
401 Courthouse Square
Alexandria, Virginia, 22314

Dear Judge Brinkema:

My name is Owualata Adubari Egonu nee Akuiyibo and I am the oldest sibling and sister of Kuraye Tamunoibi Akuiyibo. I am the system change manager for the Engineering and Physical Sciences Research council, the largest research council in the UK. My responsibilities entail the smooth transition of new system enhancing changes in a very responsive market. I was also a parent member of the governing board for my second son's special needs play group, Koalas in Swindon. This charity played a very significant role in my family's life because it gave us a safe haven for the early years of my son's diagnosis. I was on this board for two years and helped raise funding to keep it open even after my son left to give new children and their families the special support that we had received.

Kuraye is the third of five children and was born to Dimabo and Ibiere Akuiyibo in Gretna, Louisiana on the 31st of May 1979. My dad worked for Otis in Belle Chase as a Petroleum engineer and my mother for Charity hospital as a Doctor. We moved back to Nigeria in December of 1979 because my maternal grandfather was very ill and my mother could not bear to be so far away from him during this time.

Kuraye moved back to the United States in July 1997, and lived with my brother Ekine in Manassas, Virginia. He went to the local community college where he obtained his high school diploma and his Bachelor of Science degree from George Mason University, majoring in Computer Science.

After the breakup of my marriage, Kuraye was very supportive and gave me his time and advice which helped me so much. He was very keen to have my two sons and I move to the US so that he could help with my second son Daniel on a regular basis. Daniel was born with cerebral palsy and is completely reliant on one to one care. Kuraye wanted to be on hand daily to help with whatever he needed, physically, emotionally and financially. I decided to remain in the UK, as I could not let him take on such a huge responsibility permanently. He accepted my decision and was always on the other end of the phone checking up on his nephews and I which was such a comfort.

My kids and I spent the summer or Christmas holidays in the US between the years 2003 until 2007. His kindness and generosity also extended to making sure we were able to attend family thanksgiving gatherings in the US by paying our airfare on some of these occasions. He did not want his nephews to miss out on getting to know their extended family as we were the only ones resident in the UK at the time. I have also lost count of the number of times he would send money to me to help with the children and bills even without me asking. His response to my gratitude was, we are family and that was enough for him.

In 2010, I had to have an adapted room built on my property to cater to my son's growing needs and Kuraye ensured that I was able to take out a loan for this daunting project. He advised me on what the best loan was and the impact of the payments. I really appreciated his advice during these times when I had big decisions to make.

Even though there are six years between us, Kuraye stepped up and helped me get back on my feet. He is effortlessly generous in every way and loves my sons like his own. Often I have had to call upon his support to talk with my first son, Carl, on issues he where he's wanted a man's perspective. That is one of the things I appreciated the most. He was a role model to Carl and encouraged him regularly to study hard in school and look after his brother and mother. He is indeed the perfect brother.

Your Honor, I respectfully request that you see Kuraye as a person who has made a big mistake and has learnt life changing lessons from this indictment. This is his first offence and I humbly appeal for leniency in his sentencing. He has been in custody for over 5 months and has surely had a lot of time to reflect on his life, his choices, where he went wrong and what he needs to do to make things right. His arrest and detention has been the first occurrence in the family and it has affected us all greatly. I have not shared the details if this with his nephews as I want them to continue to see him as the loving Uncle that he is. I once again appeal for leniency in the case of Kuraye Tamunoibi Akuiyibo.

Respectfully and most sincerely,

Mrs Owualata Egonu

Ibiere Alawarigbe Akuiyibo M.D.

████████████

Port Harcourt
Rivers State,
Nigeria.

29TH May 2012

The Honourable Leonie Milhomme Brinkema
United States District Judge
Eastern District of Virginia
401 Courthouse Square
Alexandria, Virginia 22314

Dear Judge Brinkema,

My name is Ibiere Alawarigbe Akuiyibo, I am the mother of Kuraye Tamunoibi Akuiyibo. He was born at Gretna, Louisiana on May 31st 1979 and we lived in Gretna till December 1979 when we came back to Nigeria. I am a board certified pediatrician and while in Louisiana I worked at Charity Hospital, New Orleans until Kuraye's birth when I stopped as I had three young children to look after. My late husband Dr, Dimabo Boyton Akuiyibo, Kuraye's dad worked at Belle Chase, Louisiana for Otis Engineering Company after getting his Ph.D in Petroleum Engineering from Texas A & M University at College Station, Texas. He had a stroke and died on November 19th 1996.

In Nigeria, I worked as Chief Consultant Pediatrician at the Braithwaite Memorial Specialist Hospital till November 2009. Right now I manage the church clinic at First  Baptist Church, 93 Aggrey Road Port Harcourt.

I am a deaconess at my church and also the chairman of the social and welfare committee of the church.
Kuraye, my son, did his elementary and secondary schooling in Nigeria and left for the United States in July 1997. There he went to community college and George Mason University Fairfax Virginia where he got his college degree.

He is very industrious and intelligent and held down a job while he went to college. He is a very sociable person and much loved by family and friends. He is ambitious and focused. He is kind and compassionate to man and animals. He used to play with the family dog while he was here. He eagerly gets me my medication and water to take it despite the fact that there are others who could do it. He comes to pick me up at the airport and once his car was bad and I told him I would take a taxi. He refused instead he came with a friend in the friends car. He is generous and always ready to help family and friends. Many of his cousins look up to him for encouragement and support..

I still remember after his father's premature death he was devastated as a teenager as he felt his chances of a good education was slim. But despite his own hurt he always encouraged me saying "everything will be okay mom – we will be able to get good education". God willing.

He is very loving as exemplified by his taking me to the stores e.g. Potomanic Mills despite the fact that he shops on line.

The last time he was in Nigeria was in November 2011 when he came to see his 91 years old grandmother and me. The way he hugs her is exceptional and she asks about him virtually on daily basis even now. Also we spent Christmas 2011 in his older sister's house in the United Kingdom and we all had fantastic time together because of his effable nature.

He is a young man who still has a lot to contribute to his family and society. So I plead for leniency on his behalf.

Respectfully and most sincerely.


**IBIERE ALAWARIGBE AKUIYIBO MD.**

**HELEN AND SCOTT RODDE**

███████████████

**Napa, CA 94558**

July 15, 2012

The Honorable Leonie Milhomme Brinkema
United States District Judge
Eastern District of Virginia
401 Courthouse Square
Alexandria, VA  22314

Dear Judge Brinkema:

I am an attorney in the State of California and a Director of two not-for-profit organizations, The National Development Council and Peter Michael Foundation. I also serve as President and Director of Peter Michael Winery and a Director of all three of the Highcross UK private equity real estate funds.  My wife, Helen was a family nurse practitioner in Napa, California for thirty years. Her family roots are in California starting with their founding of the Town of Mayfield, which later became Palo Alto. We have four children.

Our oldest daughter, Heather Rodde Akuiyibo, became Kuraye's sister-in-law on November 20, 2010. Kuraye was the best man. It was a weekend where Kuraye worked with purpose, through toasts and focused conversation to bring his family culture and sense of history to our California family. He was a success throughout the weekend. The tone he helped set made my wife comfortable dressing and dancing in traditional Nigerian clothing.

We also had the distinct honor of getting to know the Akuiyibo's and their extended family over the course of the year leading up to the wedding. We have never met a more highly educated, caring and mutually supportive family. We are proud to call the Akuiyibo's our family.

Helen and I value education. For the Akuiyibo's the values of an educated community started with Kuraye's maternal grandfather who was the local school principal. Ekine, our son-in-law, Kuraye's oldest brother, has a Ph.D. in electrical engineering from Stanford. This is not exceptional in the family. Kuraye's mother is a U.S. trained pediatrician, his father had a Ph.D. in petroleum engineering from Texas A & M. Almost every aunt or uncle has an M.D. degree or a Ph.D. from a highly respected university. We found ourselves casually tracking the number of Akuiyibo extended family member medical doctors and Ph.D's at Heather and Ekine's wedding and after 15 or so we understood that whoever we talked to within the Akuiyibo family is highly educated.

But the Akuiyibo family is about more than educational achievement. As a group it values caring for the community in which they work and giving back. In some cases, it is with the truly needy as with Kuraye's mother's work in local hospitals and clinics in Nigeria. In other cases, it is on the national level with developing country policy issues. The family is also highly ethical in the choices they make. More than once members of the family have declined an offer to do well in favor of ethical action. This has been a part of the family culture for at least three generations. This is what we love about our son-in-law. This is what we love about his family. This is the community that looks forward to Kuraye's return.

At Akuiyibo family gatherings all that the family can talk about is Kuraye. To bring hm back into the family and support his personal growth are the goals. It does not surprise me that Kuraye has taken his natural curiosity and expressed an interest in becoming an advocate within the U.S. legal system. In a digital world his background in computer science from George Mason, the motivation from his recent experience and the support from his family will help him make the best choices.

The Honorable Leonie Milhomme Brinkema
July 15, 2012
Page 2

We know the recent months have been very difficult for Kuraye, but we see good things ahead for him. We hope you will hasten his return to family and community so that he may grow as a person and a professional and a productive member of the great American experience.

Thank you for your time and consideration.

Respectfully and most sincerely,

*Helen Rodde*

Helen and Scott Rodde

Heather Rodde Akuiyibo
██████████████
San Francisco, CA 94114

July 7, 2012

The Honorable Leonie Milhomme Brinkema
United States District Judge
Eastern District of Virginia
401 Courthouse Square
Alexandria, Virginia, 22314

Dear Judge Brinkema:

My name is Heather Rodde Akuiyibo and Kuraye is my brother-in-law. My husband is Kuraye's older brother, Ekine, and we live in San Francisco with our 9 month old son.

I work at a technology start-up in Silicon Valley, where I manage a team of 10 sales professionals. In my spare time I am an active member of the Stanford Alumni Association and the Olympic Club of San Francisco. Over the last 10 years I have volunteered my time to coach high school swimming and high school water polo and have also been active within an organization that raises money for cancer research.

Kuraye and I met in 2008 in San Francisco. I realize now that his visit was set up to evaluate me as a potential family member. This was when I first learned how much family meant to Kuraye. He was friendly to me, but I could tell he was protective of his brother and wanted to ensure I was a good fit for the family. Luckily, I answered his many probing questions and passed his brotherly tests. He even endorsed our union as Ekine's best man at our wedding in 2010.

Since our first meeting in 2008, Kuraye has never missed a family gathering. He takes a genuine interest in the lives of all his relatives in the United States, the UK and Nigeria (the Akuiyibo's have many aunts, uncles and cousins) and when our son was born, Kuraye made a big effort to come to California to meet his new nephew. He is willing to drop everything to spend time with family.

I've found that whenever I spend time with Kuraye, I am laughing and enjoying myself. He is full of stories from his past, stories from recent adventures and always recounting the most recent sporting event (he loves all sports as far as I can tell!). Kuraye is quick to smile and he easily shares his positive energy; he can relate to anyone he meets. To this day, many of my friends recall his "larger than life" persona as he held the microphone delivering his best man speech at our wedding. In his speech he spoke of how much he looked up to his big brother and how happy he was to see Ekine and I come together.

It may seem incongruous to his outspoken personality, but Kuraye regularly demonstrates his humility and generosity too. When he comes to visit us, and whenever he is a guest in someone's home, he perfectly content to sleep on the couch and is quick to help out with the

house chores.  He notices the little things; when I was pregnant and hosting a houseful of people for dinner, he repeatedly offered to help with cleaning up.  (I also feel that these are not common traits in men like Kuraye who were raised in Nigeria.)

Judge Brinkema, when you look at Kuraye and evaluate his case, please consider the man that I know - a man who loves life, a man who has a positive impact on those he interacts with and a man who values family.  He is still young, he is looking forward to having a family of his own and he can turn his life around.  I feel he can still have a positive impact on those around him as well as society in general.

Respectfully and most sincerely,

*Heather Akuiyibo*

Heather Rodde Akuiyibo

Ibifaa Brimmo

███████████████

Los Angeles, CA 90035

June 4th, 2012

The Honorable Leonie Milhomme Brinkema
United States District Judge
Eastern District of Virginia
401 Courthouse Square
Alexandria, Virginia, 22314


Dear Judge Brinkema:

RE: *Kuraye Akuiyibo*

This is a letter of character regarding Kuraye Akuiyibo.

My name is Ibifaa Brimmo. I am an Executive Administrative Assistant with J.P. Morgan's Private Bank. I am also an active member at my church, have taught Sunday School for over a decade and have been singing in church choirs for twenty-six years.

Kuraye is my first cousin and I have known him 33 years. I watched him as a young boy, learning how to change his younger brother's diapers with minimum squeamishness, because even at that age he wanted to be helpful. I looked forward to family visits where we would chase each other in circles endlessly, and then he would help me with my chores, turning tasks into fun.

I watched him grow from that generous young boy into a hardworking, caring young man, shouldering many burdens and responsibilities foreign to others his age, due to his father's untimely passing. And yet he still found time to be there for me, helping me study for my major secondary school and university entrance exams.

When I arrived in the United States after graduating from the University of Ibadan, he made it a very warm and welcome place to be. Not only with his presence, but with constant calls and emails, making sure everything was going well. He practiced interviews with me, giving me the confidence to land my first job in the

United States. We have been good friends our entire lives and I know him to be giving, conscientious, reliable, and caring.

 

He has been a marvelous uncle to his nephews, Carl & Daniel, and wonderful with my sister's children, Sade and Tobi. He will play with them for hours, with inexhaustible energy, patience and vivacity. They adore their Uncle Kuraye and look forward to his visits with visible anticipation. He loves both his immediate and extended family, and is proactive about keeping in touch.

I truly believe that Kuraye deeply regrets his actions and has already suffered extensively, and that an extended prison term will serve as an enormous difficulty for his family.

I would ask for you, the judge, to please show leniency to our dearest Kuraye.

Thank you very much for your time and consideration.

Sincerely,

Ibifaa Brimmo

Olukemi Ojanuga

█████████

Alpharetta, GA 30022

June 4, 2012

The Honorable Leonie Milhomme Brinkema
United States District Judge
Eastern District of Virginia
401 Courthouse Square
Alexandria, Virginia, 22314

Dear Judge Brinkema:

RE: *Kuraye Akuiyibo*

This letter is a letter of character regarding Kuraye Akuiyibo.

My name is Olukemi Ojanuga. I am a Senior Financial Analyst with Verizon Communications in Alpharetta, Georgia where I have worked for the last 9 years.

I am also an active member and Sunday School teacher at First Baptist Church Atlanta.

Kuraye is my first cousin and I have known him since he was born. We have been lifelong friends also and our families are very close. I know him to be industrious, hardworking, generous and kind.

He has always showed love and a playful spirit with my seven year old daughter Sade, and my four year old son Tobi. He loves both his immediate and extended family, and has always worked very hard to maintain a good relationship with us and always participates in family reunions.

I truly believe that Kuraye has already suffered extensively for his actions and that an extended prison term will serve as a tremendous hardship for our family.

I would ask for you, the judge, to please be lenient and to grant Kuraye the lowest possible sentence.

Thank you for your consideration.

Sincerely,

Olukemi Ojanuga

George A. Ojanuga
█████████████
Alpharetta, GA 30022

June 8, 2012

The Honorable Leonie Milhomme Brinkema
United States District Judge
Eastern District of Virginia
401 Courthouse Square
Alexandria, Virginia, 22314

RE: *Kuraye Akuiyibo – Letter of Character.*

Dear Judge Brinkema:

My name is George Ojanuga. I reside in Atlanta with my wife and two kids. I own a real estate development company and have worked in the banking and real estate industry for 17 years. I also am an active member of First Baptist Church Atlanta, where I serve as a Preschool Sunday School teacher.

Kuraye is my wife's first cousin and I have known him for 10 years. He has visited us in Atlanta on numerous occasions over the years, and we have enjoyed these visits immensely. Kuraye is a wonderful young man, very full of life, kind and generous. To really know Kuraye, one has to know his mother and her family. Auntie Ine (Kuraye's mom) is the oldest of nine children brought up in a God fearing home, and the Georges (his Mom's maiden name) are known in Nigeria as honest, loving and simple people. All nine children graduated from college (Auntie Ine is in-fact a well respected pediatrician), and have worked tirelessly to give their children the opportunity to live good and honest lives. Auntie Ine lost her husband many years ago and had to raise her four sons and a daughter on her own for many years. I understand that she ran a strict household and instilled in her children the fear of God and core values of discipline, love, patience, and honesty. As such, all of her kids are fundamentally wired to be honest, kind, and law-abiding.

Your honour, Kuraye is not a harden criminal, but a kid that allowed life to drag him off his true path – but only for a moment. There is no doubt that the last few months in jail have shaken him to his very core and reminded him of "who" he really is (God fearing, honest and kind). I have no doubt that as he starts a new life in the world, he will be more careful of how he conducts himself and who he associates with.

Your Honour, please do not let Kuraye become another statistic and I beg you for leniency in your sentence. On behalf of our family, I promise that we will work with Kuraye to get back on his feet and once again become a productive member of society.

Thank you for your time and consideration.

Sincerely,

George A. Ojanuga

Olubusola Brimmo,MD
██████████████
Saint Louis, MO, 63108

June 19, 2012

The Honorable Leonie Milhomme Brinkema
United States District Judge
Eastern District of Virginia
401 Courthouse Square
Alexandria, Virginia, 22314

Dear Judge Brinkema:

RE: *Kuraye Akuiyibo*

This letter is a letter of character regarding Kuraye Akuiyibo.

My name is Olubusola Brimmo. I am a medical doctor working in orthopaedic surgery at Washington University School of Medicine in Saint Louis where I have worked since October 2010.

Kuraye is my first cousin and I have known him since he was born. We have been lifelong friends also and our families are very close, my mother is his immediate junior sister. I know him to be hardworking, generous and kind.

He has always showed love and a helpful spirit , and always seems willing to help when I need a hand, he also extends this same kindness to other members of my family. He loves both his immediate and extended family, and has always worked very hard to maintain a good relationship with us and always participates in family reunions. Kuraye and I are like brothers, and often argue like brothers, but over the years we have learnt much from each other and I have grown to respect his big heart and jovial nature. I

I truly believe that that an extended prison term will serve as a tremendous hardship for his family, and therefore ask for you, the judge, to please be lenient and to grant Kuraye the lowest possible sentence.

Thank you for your consideration.

Sincerely,

Olubusola Brimmo, MD

Sotonte Ebenibo
Division of Endocrinology, Diabetes and Metabolism
University of Tennessee Health Science Center
███████████████████
██████████
Memphis TN 38163

June 6, 2012

The Honorable Leonie Milhomme Brinkema
United States District Judge
Eastern District of Virginia
401 Courthouse Square
Alexandria, Virginia, 22314

Dear Judge Brinkema:

My name is Sotonte Ebenibo and I am writing a character reference in support of Kuraye Akuiyibo. I am a Physician-Clinical Researcher in the Division of Endocrinology at the University of Tennessee Health Science Center in Memphis Tennessee, USA, and my work focusses on preventing diabetes and improving health for those with the condition.

Kuraye Akuiyibo is my cousin and I have known him for the past 20 years. He is a caring and driven individual. When I was a teenager and went to visit my extended family, Kuraye was very helpful and drove me to their different houses in the town of my birth. He is a resourceful and generous individual who contributed towards his family back in Nigeria whenever there was a need. His motivation and determination strongly encouraged me to work hard and follow my dreams and come to the USA to further my academic and professional training. His warmth and effervescent personality were clearly displayed when he served as the master of ceremonies during my cousins wedding event in 2010. This is the Kuraye that I have known over the years.

Despite all that has transpired I strongly believe Kuraye can still be a positive influence once again. I do hope you consider all of this as I plead with you for leniency in his case.

Respectfully and most sincerely,

Sotonte Ebenibo MB;BS, M.P.H

Ibiye Owei




Atlanta, GA 30329

3rd June, 2012

The Honorable Leonie Milhomme Brinkema
United States District Judge
Eastern District of Virginia
401 Courthouse Square
Alexandria, Virginia, 22314

Dear Judge Brinkema:

I write in support of my cousin, Kuraye Akuiyibo who you would be sentencing on August 3, 2012. The defendant, Kuraye Akuiyibo is my first cousin and we grew up together in the city of Port Harcourt, Rivers State, Nigeria. He is 2 years older than me (the same age as my elder brother) and I have known him since kindergarten. We went to the same elementary school; he is like a brother to me and always looked out for me. I remember several times when he came to my rescue when I was being bullied. Being in the same class as some of the bullies, he was able to reason with them. He always gave me sound advice and was a large part of my childhood. He came to visit me when I was in high school and he was there when I graduated from the Rollins School of Public Health, Emory University in 2011.

I am a physician and graduated from the University of Ibadan, Nigeria after which I decided to pursue a Master's in public health. I currently work as a data manager in the tuberculosis clinic at the Dekalb County Board of Health in Decatur, Georgia. I work in tuberculosis surveillance and keep track of important screening information for both the State and Federal government (CDC). I am also a member of the choir at First Baptist Atlanta and love to sing songs that bring healing and hope to a lot of people. My work as a physician and public health personnel have given me the opportunity to make a huge impact in the lives of individuals I come in contact with on a daily basis.

I attribute my success in life to the people I was privileged to grow up with, the friends and family such as Kuraye that are a part of my rich heritage. We laughed together, cried together and prayed together. We went through the storms of life together and are the stronger for it. The bonds of family were so tight that even if we were apart for a year we could always pick up conversations from where we left off. Kuraye is a hardworking, intelligent, generous and kind young man and there is never a dull moment when you're with him. I remember him going out of his way on several occasions to help me. An example of this was on the day I graduated from

Emory, he made time out of his busy schedule to come to the event and he was my driver for the day as I didn't have a car then. Even though the age difference between us is not much, he has influenced me positively by providing wise counsel and encouraging me to persevere when things were tough. He is focused, goal-oriented, driven and does his best at all times. These are qualities I admire in him. His encouragement went beyond words to sometimes even singing songs such as 'a hero lies in you' (one of my favorite songs till date) amongst others just to make sure I got the message. Those were some of the silly but remarkably nice things that made my childhood and my life as a whole interesting, the little acts of kindness that one reminisces about and sometimes even forgets. I plead for leniency in your sentencing of my cousin as I think he has a lot in him to contribute positively to society. Thank you for taking the time to read my letter.

Respectfully and most sincerely,

Ibiye Owei, MBBS, MPH

Tarilate Owei

█████████████

Daly City CA, 94015

June 3rd 2012

The Honorable Leonie Milhomme Brinkema
United States District Judge
Eastern District of Virginia
401 Courthouse Square
Alexandria, Virginia, 22314

Dear Judge Brinkema:

My name is Tarilate Owei and I write for leniency in the case Kuraye Akuiyibo who is my first cousin and whom you shall be sentencing on August 3rd 2012. Growing up in the small city of Port Harcourt, Rivers State, Nigeria and though he is my age (though older than me by a couple of months), I consider him to be like an older brother to me. We both attended the same elementary school in Port Harcourt and we were both in the same set (with another cousin who is also born in the same year) and it is from here, I learned from him, to be able to stand up for myself and always tell people the truth and be very respectful to my elders. I remember on one occasion pulling me aside and asking me what I wanted to do when I grow up and advising me to go where my heart led me. I also remember when I visited Washington DC once; he quickly came on time to pick me up at the airport, and took me to buy some food and made dinner that evening.

I am currently trying to publish my own comic book, having previously published three, and currently working on getting my Masters at the Academy of Art University in San Francisco, California and studying Motion Pictures and Television with an expected graduation date in 2013. He was one of the family members who recognized what I like to do and gently pushed me in that direction of following my dreams and when I think about that talk, I am grateful to him that I listened.

Kuraye has been a large part of my life growing up and a lot of my best memories have been of times spent with him. As a family, we have had our ups and downs and these have brought us a lot closer as cousins and as a family. He is intelligent, hardworking, caring and very helpful, and whenever we are hanging out, there is never a boring moment.

I admire his courage and even though we are of the same age, he is someone I have always looked up to and always admired. His advice and counsel towards me have always been positive and I always am encouraged when I listen to him. He makes the best out of every situation he finds himself in.

I love his foresight, which till this day, I am trying to emulate and for this, I consider him a role model. I do believe that he has a lot of positive contributions to be made to society and a lot of positive energy to give back to society and for this, I plead for leniency in your sentencing of my cousin Kuraye.

Thank you for taking the time and the effort to read my letter.

Yours Sincerely,

Tarilate Owei



# THE ADMINISTRATIVE STAFF COLLEGE OF NIGERIA (ASCON)
*...the natural place for human capacity building*

*P. M. B. 1004, Topo - Badagry,*
*Lagos Nigeria.*

Mrs. Boma Owunari Akhiojemi,
Administrative Staff College of
Nigeria (ASCON), Topo, Badagry,
12th June, 2012.

The Honorable Leonie Milhomme Brinkema,
United States District Judge,
Eastern District of Virginia,
401 Courthouse Square,
Alexandria, Virginia, 22314.

Dear Judge Brinkema,

My name is Mrs. Boma Owunari Akhiojemi, a Deputy Director of Studies in the Leadership Development Programme Centre of the Administrative Staff College of Nigeria (ASCON), Topo, Badagry, which is the foremost Management Development Institute in Nigeria.

I am the President of the Baptist Women's Missionary Union of Nigeria of the First Baptist Church, Badagry. This is a body that reaches out to people with the Gospel of our Lord Jesus Christ and also tries to meet their physical needs as much as possible.

I am also a member of the Full Gospel Business Men's Fellowship International, ASCON Executive Chapter and the Nigerian Institute of Management (NIM).

Mr. Kuraye Tamunoibi Akuiyibo is my nephew and I have known him since birth. He is a focused and hardworking young man who believes in achieving positive results. He is also a caring and loving person who derives joy from putting smiles on the faces of others- family members, friends etc.

Kuraye is an American citizen by birth, and on completion of his degree programme there, he decided to go into business and is still trying to find his feet in it. This is to enable him support his mother who has retired from the Nigerian Civil Service as a Chief Consultant Pediatrician and his aged grandmother.

It is pertinent to mention that Kuraye's parents did their post-graduate studies in the United States of America without any negative record.

In the light of the life of his parents while in the U.S.A, I humbly plead for leniency in your judgment.

Respectfully and Most Sincerely,

Mrs, Boma O. Akhiojemi

*All Correspondence should be addressed to the Director - General*

Kaine D. Brimmo

Oyo State, Nigeria

June 19, 2012

The Honorable Leonie Milhomme Brinkema
United States District Judge
Eastern District of Virginia
401 Courthouse Square
Alexandria, Virginia, 22314


Dear Judge Brinkema:

RE: Character Letter for Kuraye Akuiyibo

I am Kaine Brimmo, Kuraye's aunt and the second oldest in our family of eleven
siblings. I live in Ibadan, Nigeria. I am a barrister and solicitor and a lecturer in
International Studies at the Bowen Baptist University, Iwo, Nigeria. I am a volunteer
counselor at the Legal Aid and Mediation Center under the auspices of the Female
Lawyers Association of the Nigerian Bar Association with a focus on issues relating to
women and children's rights. I am also an active member of "ZONTA" an International
organization of women executives in business and the professions, advancing the status
of women worldwide.

I am also an active member of the Independent Baptist Church, Ijokodo, Ibadan, serving
on the board of Trustees as the church clerk for eight years until 2011 and now serve as
the church treasurer. I have also been blessed as a Sunday School teacher of 9-13 year
olds in the church.

These service avenues have given me the opportunity to sow positive seeds into the lives
of people to the glory of God my savior.

I have known Kuraye since his birth. Kuraye has always been a loving person, eager to
give and please family and friends. When Kuraye was a small child, he used to save his
chicken bones for me because he enjoyed watching me crack them and he knew I loved
cracking chicken bones.

Kuraye has a large and giving heart. He just loves to give to people. In fact, I am tempted
to say that he can be generous to a fault, because he loves to see people smile and be
happy. He is easy to love because of his extrovert personality.

The sudden death of Kuraye's father in 1996 was a big blow to Kuraye and his siblings
and the entire family. But to the glory of God, Kuraye and his siblings were able to

rebound and focus on their academic pursuits with focus and vigor. Kuraye is a hardworking, resilient, and motivated young man.

We, his family here in Nigeria are not in a position to question the facts of the case or any decision you might make concerning Kuraye. I am however, humbly pleading with you to consider Kuraye's entire life and future with mercy and show him leniency. The entire family has died a thousand times since January, especially his 91 year old grandmother since we got the sad news. As the African proverb says, "In a broken nest, there are no whole eggs."

I implore you to please temper justice with mercy and let us have the hope that Kuraye will still have a good and godly future and that he will be able to contribute positively to his family, community, and country.

Thank you sincerely for your kind consideration.

Yours faithfully,

Kaine D. Brimmo (Mrs.)



CIMPES (NIG.) LIMITED.

Port Harcourt.
Tel:
Email:

**Environmental & Industrial Safety Consultants.**
**Chemicals, Design & Construction, Properties.**

OUR REF: ........................................ YOUR REF: .................................. DATE:.................................

Arc. Biokpo S. George



Rivers State
Nigeria.

11th June, 2012

The Honourable Leonie Milhomme Brinkema
United State District Judge
Eastern District of Virginia
401 Courthouse Square
Alexandria, Virginia, 22314

Dear Judge Brinkema,

My name is Biokpo S. George. I am an architect by profession and presently I am the Director of Design and Construction with Cimpes Nigeria Limited a family business started in 1992. I graduated from the University of Arkansas, Fayetteville in the United State of America with a BArch in 1983. I am also the President, Mens Missionary Union in my church; Potter's House Baptist Church GRA Phase II here in Port Harcourt, Rivers State, Nigeria.

Kuraye Akuiyibo is my nephew. I have known him since the day he was born. He was a loving and hard working child with a "can do" attitude to life who always stood up for his friends and family members. He always stood up and spoke up for what was right in every situation which we his elders took for obstinacy because of our African culture which teaches us never to question our elders. It was only when he went back to the United States of America and started doing well both in his studies and later on in business that we began to appreciate these sterling qualities in him.

Kuraye Akuiyibo is an American Citizen who has worked very hard to establish a transnational business between the United States of America and other countries particularly to Nigeria, his parents country of birth. He has managed where others have failed to successfully sell his business ideas to the highest officials of

government in Nigeria. He has never been engaged in anything illegal or criminal in nature.

In conclusion, Honourable Judge, I will say categorically that Kuraye Akuiyibo has always been an asset wherever he was. I therefore plead for leniency for him.God bless you.


Respectfully and most sincerely,

**Biokpo S. George**

DR(MRS) DAVIDBA LIZZY OLISE

█████████████████

PORT HARCOURT.

RIVERS STATE.

NIGERIA

8TH JUNE,2012.

THE HONORABLE LEONIE MILHOMME BRINKEMA

UNITED STATES DISTRICT JUDGE

EASTERN DISTRICT OF VIRGINIA

401 COURTHOUSE SQUARE

ALEXANDRIA, VIRGINIA, 22314.

Dear Judge Brinkema:

I am Dr (Mrs) Davidba Lizzy Olise. I am a 50year old female citizen of Nigeria.

I am a Chief Dental Surgeon working with the Rivers State Hospitals Management Board.

I am a practicing Christian and worship with the New Covenant Baptist Church Elekahia, Port Harcourt. I am the Director of the health team of the church and we periodically undertake health mission outreaches to different communities.

I am also in the Helps ministry of the church and we visit the prisons on a monthly basis to fellowship and witness to inmates. We also reach out to widows, old peoples homes, orphanages and the less privileged in the society.

I have known Mr. Kuraye Akuyibo since he was an infant of 6 months old in December, 1979. Kuraye Akuiyibo is my nephew. He has been a very hard working happy child. Kuraye grew up to become an intelligent hardworking and industrious young man. After the demise of his dad on November 19th 1995 he continued to work hard and was even doing petty jobs like selling newspapers to

support himself and supplement what his mum was giving to him during his studies in college.

I have always admired Kuraye's flair for hard work because I myself value hard work and see it as a sure way to success in life.

I plead for leniency for this young man whom I have known to be hardworking and industrious.

Thank you.

Respectfully and most sincerely,

Dr (Mrs) Davidba Lizzy Olise.

OFFICE OF THE DEAN
**FACULTY OF ENVIRONMENTAL SCIENCES**

# RIVERS STATE UNIVERSITY OF SCIENCE AND TECHNOLOGY

NKPOLU, PORT HARCOURT

**PHONE**
Telegrams: RIVERSTECH

*Your Ref:*

*Our Ref:*



PRIVATE MAIL BAG 5080,
PORT HARCOURT, NIGERIA.

*Date:* _____

11th June, 2012.

The Honorable Leonie Milhomme Brinkema
United States District Judge
Eastern District of Virginia
401 Courthouse Square
Alexandria, Virginia, 22314
USA

Dear Judge Brinkema,

I write to you most respectfully to ask for leniency on behalf of my nephew - Mr. Kuraye Akuiyibo – whose sentencing hearing comes up before you on August 3, 2012.

Kindly, let me begin by introducing myself. I am Kuraye Akuiyibo's aunt- the fifth child and fourth daughter in a family of eleven siblings. Presently, I am a lecturer at the Rivers State University of Science and Technology, Port Harcourt, Nigeria. I also serve as Dean of the Faculty of Environmental Sciences at the University. From 2003 to December 2011, I served as a member of the Bowen University Governing Council, Iwo, Osun State, Nigeria.

Kuraye Akuiyibo is the third child and second son of my eldest sister – Dr. Mrs. Ibiere Alawarigbe Akuiyibo and her late husband, Dr. Eugene Dimabo Akuiyibo. We are a close knit family and all of us are thoroughly crushed by Kuraye's predicament. When my sister and her late husband returned to Nigeria on completion of their studies, I assisted them to settle down. In this capacity, I often had to drop off the children at school and to pick them at the end of the day along with my own kids. Kuraye was a happy, intelligent child and related well with his cousins.

As siblings we are often in each other's homes usually accompanied by our children. This has fostered a genuine bonding of the cousins. Kuraye is loving and caring of his cousins, usually calling them fun names. As they grew up to be young adults, he has been very stood supportive as they met the challenges of school, work and life. Above all, his ninety – one year old grandmother has a special place in his heart. Kuraye is happiest when people around him are happy.

I plead for leniency at his sentencing hearing.

Respectfully and most sincerely,

Opuenebo Binya Owei

THE  HONOURABLE LEONIE MILHOMME BRINKEMA,
UNITED STATES DISTRICT JUDGE,
EASTERN DISTRICT OF VIRGINIA,
401 COURTHOUSE SQUARE,
ALEXANDRIA, VIRGINIA,22314.

Dear Judge Brinkema,

        I am an uncle to Kuraye Akuiyibo.I am his mother's younger brother. I am a surgeon  trained in Nigeria and the UK and a fellow of the Royal college of  Surgeons, Edinburgh.   I have known Kuraye all his life . In fact he was born a few weeks  before my first son  so most of their early years were spent together in and out of each others houses, in; school etc;.until they went abroad; Kuraye to the US and my son to the UK.

        In all these years I have known Kuraye to be forthright,honest,and would always speak his mind. Outside the usual headiness of teenage years which is common he was never in any trouble and had from all reports continued to maintain the ethos of our family life which is based  on intergrity honesty and hardwork. In fact I spent a few hours with him on his last trip to Port-Harcourt earlier this year and I can fully attest to his courteous behaviour, law abiding nature and honesty.  In all these years there has been no slur on his character.

        Respectfully and most sincerely,

        Seliye D. George(FRCSED)

Dns Dr. Mrs. Obelebra Adebiyi

█████████████

Rivers State, Nigeria.
1st June, 2012.

The Honorable Leonie Milhomme Brinkema
United States District Judge
Eastern District of Virginia
401 Courthouse Square
Alexandria Virginia, 22314
United States of America.

Dear Judge Brinkema,

I am Dr Obelebra Adebiyi, Kuraye Akuiyibo's aunt. I am a Dental surgeon working as a Chief Dental Surgeon with the Rivers State Government of Nigeria.   I am also very involved in my professional body of female doctors and is the President-elect of the Medical Women's Association, Rivers State Chapter.

Kuraye is my nephew. I am the last sister of his mother. His mother, my sister, is a retired Pediatrician and I was Kuraye's baby sitter for a period of six months before I left for college.

Kuraye is a loving man.  I have known him all his life. He takes care of his family and is very generous. I remember when he came for his grandmother's 90th birthday celebration in September 2010; he was so attentive to her that he would not let her walk anywhere.  My nephew is a loving man. He can be depended on by both family and friends.

I am pleading for leniency for my nephew being a first offender.  We need him in the family.

Respectfully and most sincerely,

*Adebiyi*

Dns  Dr.Obelebra  Adebiyi

Ibiteyin N. Myers

███████████

Missouri City, TX 77489

June 12, 2012

The Honorable Leonie Milhomme Brinkema
United States District Judge
Eastern District of Virginia
401 Courthouse Square
Alexandria, Virginia 22314

Dear Judge Brinkema,

My name is Ibiteyin Myers and I am  Kuraye Akuiyibo's aunt whose sentencing hearing comes up before you on August 3, 2012.
I am writing to ask you to please have mercy on my nephew Kuraye  and show him leniency in your sentence.

I am a science lab teacher in the Houston Independent School District in Houston, Texas. I am the Lead Science Teacher for my school. I sing in my church choir, and I am also the prayer coordinator for the Good News Club at my school where young lives are transformed weekly.

As the only aunt here, I call all my nieces and nephews on weekends to talk to them, encourage them and pray with them as needed.
Kuraye graduated from college and started working. He eventually opened his own restaurant which was very successful. Kuraye has always been fun loving, kind and generous to people. He has a wonderful gift of making people laugh. At our family Thanksgiving gathering every year in my home in Missouri City, when Kuraye walks in, you know the fun and laughter will move to a higher level.

On our celebration of my mom's 90th birthday, Kuraye's showed his love for his grandma by carrying her out of the car into the hall because she finds it very difficult to walk. He is a loving and well loved nephew.

When my eldest sister, Dr. Akuiyibo, Kuraye's mom called and told me about Kuraye's arrest, I broke down and cried. I was in shock and disbelief.

I plead for leniency and mercy for Kuraye because I know that he has learned from the error of his ways and has seen the heartache and pain he has caused the family. Thank you for taking the time to read my letter. Remain blessed.

Sincerely,

*Ibiteyin N. Myers*

Ibiteyin N. Myers



28th May, 2012.

Honorable Leonie M. Brinkema

**LETTER OF ATTESTATION**

I write to as a Paternal Cousin of Kuraye Akuyibo, who is due for sentencing in your Court on August 3, 2012.

2. I am a Federal Legislator in the Nigerian House of Representatives and have known Kuraye as a family relation all his life.

3. I attest that Kuraye, is humble, caring and selfless, and is a major support to his siblings and aged mother. He has borne family responsibilities as the first son since the untimely demise of his father, a role which he has performed creditably.

4. In my association with him as a family member for over twenty years, I have come to appreciate him for his respect for, and his gentle disposition to others and I therefore recommend him for your Lordship's kind consideration and leniency.

Please accept the assurances of my highest regards.

**Dr Dawari George**

*Member, House of Representatives*

## *ESI Orthodontics*

### *We Want To See You SMILE*

Ejiro Enateri Esi

███████████████████

██

Arlington, VA 22206

7/5/12

The Honorable Leonie Milhomme Brinkema
United States District Judge
Eastern District of Virginia
401 Courthouse Square
Alexandria, Virginia, 22314

Re: Kuraye Akuiyibo

Dear Judge Brinkema:

My name is Ejiro Enateri Esi. I am a board certified orthodontist and the owner of ESI Orthodontics, located in Fulton, Maryland. I am also the orthodontist at King Center Dental in Alexandria, Virginia. I have been a practicing orthodontist in the DC metropolitan area for the past seven years. I am an active member of the American Board of Orthodontics, the American Association of Orthodontists, the Maryland State Society of Orthodontists, and the College of Diplomates of the American Board of orthodontics.

I am a member of Grace Covenant Church in Washington DC. I have been a member of the church for almost 10 years. I have been a part of the hospitality team and have been involved with a bible study group in the church.

I have known Kuraye for almost 30 years. We have been close family friends our whole lives. We spent a number of Christmases and other holidays together growing up. Kuraye was always a lot of fun to be around and was always great company. My friends who met him were always happy to have met him and always wanted to hang out with him more. He was always very caring and very family oriented. We are only 2 years apart in age so we hung out a bit and Kuraye always took care of my friends and I when we went out. On my 30th birthday, Kuraye and his friends came to my birthday party with gifts for me even when I had indicated guests need not bring gifts but because he knew it was such a big deal, he did.

Kuraye always took care of family and is someone you can count on. Nine years ago, when I needed patients for my board exams at Columbia University in New York, Kuraye came all the way up to New York from DC for the exam. I had other patients who lived in New York that did not show up for the exam as they had promised but Kuraye kept his word and showed up on time for the exam. Thanks to him, I was able to complete the exam successfully. He never required that I repay the huge favor. He has always been so generous, kind and just awesome.

# *ESI Orthodontics*

### *We Want To See You SMILE*

When my dad passed away almost 10 years ago, Kuraye was there the whole time supporting the family and just being there in every capacity that we needed.

There are many other occasions I could recount of the many times we spent together and how he is such a wonderful person. I have no doubt he regrets what he was involved in and has had time to reflect on his mistake in the time he has spent in the system so far. We are all imperfect people and we all make mistakes in this life. Furthermore, we are always in need of forgiveness and mercy. I appeal to you to please show leniency in your judgment in his case. I thank you for taking the time to read this letter and I appreciate your benevolence.

Respectfully and most sincerely,

Ejiro E. Esi, DDS PC

Rukevbe Esi

████████████████

Leesburg, VA 20175

June 19 2012

The Honorable Leonie Milhomme Brinkema
United States District Judge
Eastern District of Virginia
401 Courthouse Square
Alexandria, Virginia, 22314

Dear Judge Brinkema:

I am Rukevbe Esi and the Director of Business Technology at FedBid Inc located in Tysons
Corner VA. I am also married and the father of two young boys ages 31/2 and 2 years old
respectively, my wife is also pregnant with our third child due in August. My family and I live in
Leesburg, VA and attend Grace Covenant Church in Chantilly VA where I also serve on both the
resource and the children's ministry teams two weekends a month.

I have known Kuraye and his family as far back as I can remember, as early as when I was 6
years old in 1983. Our fathers were colleagues at ExxonMobil and our families got together
almost every weekend when we lived in Port Harcourt, Nigeria. Kuraye has always been like the
younger brother that I never had and we've always been very competitive with each other. As 6
and 4 year olds we would compete to see who could ride their bike or run the fastest and as
college students compete against each other playing basketball. I can distinctly remember the
reason I started lifting weights and working out was because he beat me three straight games of
one-on-one basketball for the first time ever, after he started working out.

Kuraye got into the information technology industry at UUNet well before he completed his
undergraduate studies and I mentored him since I had been in the field a few years before him. I
was not amazed at how fast he grasped the technologies and concepts and excelled within the
company, he was even put in a position managing people before I was even though I had been in
the industry longer than he had. I'd like to think that my mentoring him played a role in his
success but in reality his natural ability to soak up information and his incredible people skills
were the reasons for his success. It was the same great people skills that got us discounts at
restaurants and stores in college and also led to success at work.

Even though Kuraye has always been like a younger brother to me, i've always admired how incredibly competitive he is and his strong desire to succeed and the ease with which he has always been able to build new relationships with people.  Kuraye has key characteristics to be a valuable and productive contributor to society, primarily based on the man that i've known for almost thirty years despite the legal issue he currently finds himself in.  I do ask for leniency in sentencing such that while he does receive the consequences of whatever decisions he made over the last few years, you offer him mercy that he may be able to truly achieve his real potential.

Respectfully and most sincerely,

Rukevbe Esi

Erhiuvie Abu

Beltsville, MD 20705

June 12, 2012

The Honorable Leonie Milhomme Brinkema
United States District Judge
Eastern District of Virginia
401 Courthouse Square
Alexandria, Virginia, 22314

Dear Judge Brinkema:

My name is Erhiuvie Abu, and I am the President and CEO of SEBA Professional Services, LLC, a small management consulting business that focuses on providing services to the Federal Government. I am a member of the Association of Government Accountants (AGA), and I serve on the Board of Directors of the Montgomery/Prince George's chapter of the AGA. I am also an active member of Bridgeway Community Church, located in Columbia Maryland.

I have known Kuraye Akuiyibo and his entire family for over 30 years. Kuraye's late father and my father had met when they both worked as Engineers in an oil company. Kuraye's father was a hardworking and brilliant Engineer who eventually established his own oil drilling company in Rivers State Nigeria. Kuraye's mother is a pediatrician who owned and ran her own pediatric practice. She cared for all patients who walked through her doors, whether or not they could afford to pay for her services. She never turned anyone away. Kuraye learned the values of hardwork and dedication from his parents and witnessed compassion in action through his mother. These traits have remained with him to this day.

When Kuraye first came to the United States several years ago, his immediate priority was to complete his college education. As his older brother was also in college at the time, Kuraye knew that he would have to work odd jobs while attending college so he could help his brother pay bills and some save money to help his younger brothers.

One of the most convenient jobs for a college student is to deliver newspapers. This job requires the employee to wake up at about 2 or 3 A.M in order to deliver the paper to homes or businesses on a specific route. The employee typically arrives at a warehouse location to pick up their newspapers, bag the papers to ensure they do not get damaged by rain or other elements, and then drive the routes assigned to them. Newspaper delivery drivers try to be as efficient as possible and typically throw the paper out the driver's side window of the car onto the driveway or front porch of a home. The job is both physically and mentally exhausting because of the early hours required and the lack of sufficient sleep.

I had been delivering newspapers for a couple of years before Kuraye arrived in the U.S. I remember quite clearly that I was given a new route that could be described as a delivery person's nightmare. This route consisted of multiple apartment complexes and homes that were constructed in a manner that it was impossible for a delivery driver to simply throw the paper

from the car.  This route required the delivery person to come out of the car and walk  to EVERY house in order to deliver each paper.  The route had over 100 homes.  Every delivery driver who had been assigned this route had either outright rejected the route, or quit, myself included. When Kuraye was assigned this route (his first job in the U.S.), I was pretty certain that his first day would be his last.  I thought there was no way that Kuraye, who had never worked a day in his life, would be able to handle a route that even seasoned newspaper delivery employees could not handle.  Much to my surprise, Kuraye not only did not quit, but he continued to deliver the newspapers diligently every day for months to come.  I was extremely impressed with his work ethic and level of dedication.

Kuraye is a loving and compassionate person.  I have seen him display these characteristics under various circumstances.  At my brother's wedding, when I was wrestling with managing my 2 year old son and a very heavy pregnancy,  Kuraye took my 2-year old off my hands so I could enjoy the festivities.  He played with my son, danced with him, and entertained him throughout the evening.  When my father died several years ago, Kuraye immediately came to visit to extend his love and support.  We knew he understood what we were going through as he had experienced his own father's passing a few years earlier.  Kuraye began speaking about our father's experiences and the wonderful memories we had of them.  We soon began laughing as we shared our stories and a day of mourning became a celebration of our fathers' lives.

Kuraye is a kind, intelligent and hardworking person.  He comes from a good family – a family that has also been severely affected and shaken by this experience.  I am sure that this experience has helped him realize the error of his ways, and he is not likely to repeat these actions.  I humbly ask that you consider that this is his first offence, and extend leniency to him.


Respectfully and most sincerely,

Erhiuvie Abu

Kelechi Olejeme, MD, MPH
███████████████
Houston, TX 77054
June 24, 2012

The Honorable Leonie Milhomme Brinkema
United States District Judge
Eastern District of Virginia
401 Courthouse Square
Alexandria, Virginia, 22314

Dear Judge Brinkema,

I have known Kuraye Akuiyibo since 1991. His sister Lata Egonu nee Akuiyibo is one of my best friends. I met her in college as a medical student in 1991, Port Harcourt Nigeria; our relationship became so close that she took me to meet her family. I met her wonderful parents and four brothers. All of whom were all extremely welcoming and treated me as their second sister.

I noted them as a sterling family, humble, well-mannered and full of integrity and I have been so proud of each and every one of them. They are a family with multiple and well-educated professionals. There are a total of nine doctors in the extended family; a combination of both medical and PHD degrees.

My friend Lata got married and has two children, but has since gotten divorced. Her second child has cerebral palsy and has special needs. I have noticed that the most consistent one of her brothers who has supported her unconditionally; emotionally, spiritually and financially has been Kuraye, and as gratitude for the love he has shown his sister, my best friend, I have loved him even more.

Kuraye is a very kind, dependable, hard-working, honorable, well-mannered person who will go all out for his family and his friends. He has a very deep sense of responsibility to his widowed mother and has on multiple occasions been the most frequent person checking on his mother, calling her constantly to make sure she is doing well and is provided for.

I've come to know that Kuraye has been charged by the US Department of Justice. It must be difficult for you to make decisions like this when you don't actually know the person standing in front of you, so I hope you will look at my letter and the countless others you're receiving. I can assure you he is deeply regretful of his behavior; the hurt and embarrassment it has caused to his mother and family and offence to the US justice system. Kuraye is like my kid brother, he is a person of good character, very rarely has he ever shown poor judgment. I most respectfully request you to please give him a chance to rectify his mistakes.

Respectfully and most sincerely,

Kelechi Olejeme, MD, MPH
Assistant Professor,
University of Texas, Memorial Hermann Hospital,
Houston, Texas.

███████

██████

Kent.

DA17 5BD

15 June 2012

The Honorable Leonie Milhomme Brinkema
United States District Judge
Eastern District of Virginia
401 Courthouse Square
Alexandria, Virginia, 22314

Dear Judge Brinkema,

My name is Ms Data Nwachukwu and I live in London in United Kingdom. I am a friend to Kuraye Akuiyibo's sister Ms Owualata Egonu. Owualata and myself have known each other for about 32years now. We first met when were about seven years old in primary school (Elementary school).

Owualata has four brothers whom she always talks about but she is particularly fond of Kuraye as she always tells me how caring he is to every member of the family and he is particularly very fond of her two boys.

I met Kuraye once in Owualata's house when he had come all the way from the States to attend her son's christian dedication. After I chatted to him for only a few minutes I could tell why she was so fond of him. Kuraye is a very friendly and understanding person. He constantly made jokes to make everyone laugh and wanted to know if everyone was fine and happy. He is an inspiration to so many people especially her two boys in particular of which the oldest is 14 years old and the youngest is 11 years old.

I would like to kindly plead for your leniency when passing your judgement.

Very many thanks.

Yours sincerely

Data Nwachukwu

Ebru Tega Esi

████████████████

Bowie, MD 20721
18th of June, 2012

**The Honorable Leonie Milhomme Brinkema**
**United States District Judge**
**Eastern District of Virginia**
**401 Courthouse Square**
**Alexandria, Virginia, 22314**
Dear Judge Brinkema:

I am Ebru Esi, a business development manager with NewGen technologies, providing consulting services to the Federal Deposit Insurance Corporation (FDIC). I am a member of the Mountain of Fire and Miracles ministries Bowie, MD, and was a member of the church board of advisers to the pastor for the spring field, VA branch.

Kuraye Akuiyibo is a family friend who grew up with me, that I have known since we were kids in Port Harcourt, Nigeria. He migrated to this country in 1997, and I witnessed how he immediately became productive. It didn't take Kuraye long to complete high school before proceeding to George Mason university where he successfully graduated with an Engineering degree.

Kuraye was one of the most active students that was not only dedicated to his academics, but was also actively involved in extra curricular activities. I recall how he presided over the African Students association as a two term president, and how he made such a big difference to our contributions to the George Mason community. We knew that he had greatness ahead of him and anticipated that he would be successful.

Kuraye has been an upstanding citizen devoted to his Christian faith that emanates from his family background. His mom is a Baptist minister who raised kuraye and his siblings to be devote Christians and upright citizens. It would be challenging to find anyone that has a bad impression of Kuraye. Because of his monumental achievements, his moral character and his great impression on everyone, I have all the confidence in the world that kuraye Akuiyibo is a good, upstanding, moral person, that has not only contributed greatly to his community, but will continue to do so in the future along with contributing immensely to this great country U.S.A. Your honor, I am privileged and delighted to have this opportunity to write this letter for Kuraye Akuiyibo.

Respectfully and most sincerely

Ebru Tega Esi

18th of June, 2012