IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Case 1:12cr38 |
| | ) | |
| NASSIM TABATABI, | ) | |
| | ) | |
| Defendant. | ) | |

<u>ORDER TO CONDUCT DISCOVERY</u>

It is hereby ORDERED that the United States of America, Plaintiff, may conduct discovery to ascertain the legal ownership in two vehicles subject to criminal forfeiture, namely a 2006 Land Rover HSE, VIN: SALMF15496A221867, and a 2009 Aston Martin DB9, VIN: SCFAD01EX9GA12409, and that discovery may include interrogatories and the depositions of potential trial witnesses, Defendant Nassim Tabatabi and Sahr L. Bockai.

Entered this ___ day of February 2013.

Alexandria, Virginia