IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Case 1:12cr38 |
| | ) | |
| NASSIM TABATABI, | ) | |
| | ) | |
| Defendant. | ) | |

UNITED STATES OF AMERICA'S FEBRUARY 20, 2013 STATUS REPORT

The United States, by and through its undersigned counsel, respectfully submits this status report pursuant to the Court's February 6, 2013 Order. Docket Entry No. ("Doc. No.") 303. This status report advises the Court as to the response of the United States to the Verified Claim and Petition Asserting Legal Interest in Forfeited Property filed by Defendant Nassim Tabatabi, on September 21, 2013 (Doc. No. 287), and the reason that no Final Order of Forfeiture has been docketed to date in this matter.

In the above-referenced claim and petition, the defendant alleges a legal ownership interest in certain properties forfeited in this case, including two vehicles, namely a 2006 Land Rover HSE, VIN: SALMF15496A221867, and a 2009 Aston Martin DB9, VIN: SCAFAD01EX9GA12409. Attached to the defendant's claim and petition is a Declaration of Sahr L. Bockai, who states that he gave the 2006 Land Rover to Defendant Tabatabi after purchasing it from Preye Akuiyibo, an individual known to the Government as a relative of Defendant Kuraya Tamunoibi Akuiyibo. In the claim and petition, Defendant Tabatabi asserts that she is the owner/co-owner of the 2009 Aston Martin, which was "purchased in part, using

her good credit", although it is known to the Government that Defendant Tabatabi had just completed medical school and was not employed. Further, Defendant Akuiyibo had previously consented to the forfeiture of both vehicles in a Consent Order of Forfeiture entered on August 22, 2012 (Doc. No. 250).

During a period of several months, the United States has engaged in numerous informal discussions with Ryan Campbell, counsel for Defendant Tabatabi, wherein additional documentation was requested to adequately evidence a legitimate legal ownership interest in the vehicles. To date, no additional documentation has been forthcoming. Therefore, on this date, the United States filed a Motion to Conduct Discovery in an effort to resolve this matter (Doc. No. 305).

At this time, the United States cannot issue a Final Order of Forfeiture until all legitimate legal ownership interests in the two vehicles are resolved.

The United States hereby offers to provide the Court with a status report within 60 days from the date of this filing in which it will apprise the Court of any all progress with respect to resolving this matter.

WHEREFORE, the United States respectfully moves the Court to take notice of the foregoing.

Date:  February 20, 2013

                    Respectfully submitted,

                    Neil H. MacBride
                    United States Attorney

                    /s/
By:    _____
                    Karen L. Taylor
                    Assistant United States Attorney
                    Attorney for the United States
                    Justin W. Williams U.S. Attorney's Building
                    2100 Jamieson Aven;ue
                    Alexandria, Virginia  22314
                    Phone:  703-299-3700
                    Fax:  703-299-3982
                    karen.taylor2@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing (NEF) to the following:

>Ryan Campbell, Esq.
>King, Campbell & Poretz, PLLC
>108 N. Alfred Street
>Alexandria, VA  22314
>Phone:  703-683-7070
>Fax:  703-652-6010
>ryan@kingcampbell.com
>
>Counsel for Defendant Nassim Tabatabi

>/s/
>_____
>Karen L. Taylor
>Assistant United States Attorney
>Attorney for the United States
>Justin W. Williams U.S. Attorney's Building
>2100 Jamieson Avenue
>Alexandria, Virginia  22314
>Phone:  703-299-3700
>Fax:  703-299-3982
>karen.taylor2@usdoj.gov

4