# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **CASE NO. 1:12-CR-038** |
| : | |
| **KURAYA TAMUNOIBI AKUIYIBO,** : | **(Judge Brinkema)** |
| : | |
| **Defendant** : | |
| : | |
| **NASSIM TABATABAI,** : | |
| : | |
| **Defendant/Petitioner.** : | |

## MOTION FOR DOMESTIC AND INTERNATIONAL TRAVEL

COMES NOW defendant Nassim Tabatabai, by counsel, and requests permission from the Court for both domestic and international travel. In support of this motion, defendant states as follows:

1. On August 17, 2012, defendant Tabatabai pled guilty to one count of structuring and was sentenced by the Court to thirty days of incarceration followed by 24 months of supervised release, the first five months on home confinement with electronic monitoring. In addition, she was ordered to attend mental health and financial counseling, and pay a $1,000 fine and $100 special assessment.

2. The defendant has completed her term of incarceration and home confinement, has attended the required counseling programs, and has paid her fine and special assessment. She has approximately 18 months remaining on her supervised release term.

3. Dr. Tabatabai has been employed for over two years with the Havas Health Worldwide consulting and marketing firm in New York, where she functions as the Medical Director. An essential element of her position as Medical Director is the ability to travel to domestic and foreign locations, **often on very short notice**, to consult on a myriad of company projects. While her employer has been patient and cooperative in working with her through her legal situation, the time has come for her to resume her ability to travel in order to fully meet her job obligations. The return of her readiness to travel will also assist in her promotion to a Vice President Medical Director position. Attached as Exhibits A and B are letters from Dr. Tabatabai and Havas Health Worldwide's Chief Medical Officer, Dr. Karsten Risch, explaining the situation and asking that the Court grant Dr. Tabatabai's request.

4. While there is no specific trip planned as of the preparation of this motion, as Drs. Risch and Tabatabai state, they are anticipating a great deal of travel in connection with a specific project set to begin this summer or in the fall. Defendant therefore respectfully requests that she be given blanket permission generally to travel as needed for her job. She will, of course, notify probation of her travel itinerary as

soon as she becomes aware of any such travel and, as she has stated in her letter, she has an international Blackberry and will thus be available by phone at all times.

5. Finally, Dr. Tabatabai desperately wishes to visit her elderly parents in Toronto, Canada, and her only brother who resides with other relatives in Turkey. It may be possible for her to combine these personal trips with the business trips. Defendant thus seeks permission for personal travel as well as business travel.

For the foregoing reasons, defendant respectfully requests that the Court grant her blanket advance permission to travel, both domestically and internationally, on an as-needed basis **in connection with her employment** and for permission to visit her parents in Toronto, Canada and her brother in Turkey. A proposed order for the court's consideration is attached.

Respectfully submitted,

 /s/ David B. Smith
David B. Smith, VA Bar No. 25930
Smith & Zimmerman, PLLC
108 North Alfred Street
Alexandria, Virginia 22314
(703) 548-8911 / Fax (703) 548-8935
dsmith@smithzimmerman.com
*Counsel for Nassim Tabatabai*

## Certificate of Service

I hereby certify that on the 29th day of May, 2013, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following CM/ECF user(s):

    AUSA Karen Ledbetter Taylor
    Office of the United States Attorney
    2100 Jamieson Avenue
    Alexandria, Virginia  22314
    Karen.Taylor2@usdoj.gov

And I hereby certify that I have mailed the document by United States mail, first class postage prepaid, to the following non-CM/ECF participant(s), addressed as follows:

    [none]

    */s/ David B. Smith*
    David B. Smith, VA Bar No. 25930
    Smith & Zimmerman, PLLC
    108 North Alfred Street
    Alexandria, Virginia  22314
    (703) 548-8911 / Fax (703) 548-8935
    dsmith@smithzimmerman.com
    *Counsel for Nassim Tabatabai*