May 20, 2013

Dear Judge Brinkema,

I am writing this letter to request your permission for international travel. I have now successfully completed my BOP and home confinement sentence. I have about 1.5 years remaining of my supervised release.

I currently work as a Medical Director at Havas Health Worldwide in New York City. We are a fully-integrated global healthcare consulting and marketing firm with offices and clients worldwide. We have offices in almost every country throughout the world. Our headquarter office is in Paris, France.

I have been working there for over 2 years and am on the fast track to becoming a Vice President Medical Director. I am very fortunate and blessed to have such a great position and at such prosperous global company. I am ecstatic about my career path both as a medical doctor and as a woman in the business world.

My position requires a great deal of domestic and international travel. The purposes of our trips vary depending on the projects. We often have to travel to: medical conferences, market research meetings with doctors and nurses, client meetings, meetings with other divisions/companies in our industry, advisory boards with local doctors and key opinion leaders in specific regions, new business pitches, meetings with perspective clients etc.

Many of these meetings are very last minute, some with only a day's notice. The length of these trips can vary from a day and up to two weeks.

For example, I was summoned as a medical strategist on Monday to be in London for a meetings commencing on Wednesday with Allergan Pharmaceutical for a presentation on a new glaucoma medicine.

We are currently working on a very promising medicine for the treatment of multiple sclerosis, which is as close as we can get to a real cure for this detrimental disease. As we are approaching the launch date of Summer/Fall of 2013 for this medicine, we have many meetings with local doctors and multiple sclerosis centers in different regions of the world, specifically in Europe, all in the upcoming months. As the Medical Director on this medicine, it is very important that I am able to attend these meetings.

My boss has been very accommodating while I have been going through my legal ordeals but now he is expecting me to fully proceed with my duties as a medical director.

Another very important reason that is dear to my heart is my family abroad. My elderly and ill parents reside in Toronto, Canada and I have not been able to visit them for over a year due to my legal ordeals.

EXHIBIT A

I have never told them about this horrible event because I simply do not think they can handle the pain of such traumatic news about their youngest child. I have made every excuse related to work as for why I have been unable to visit them in such a long time. My father is 80 years old with a long list of devastating medical conditions and my mother has literally been in and out of the hospital for severe congestive heart failure in the past year. They are mostly too sick to travel and my mother has been terrified of flying since suffering from an embolism on her last flight.

I also have not seen my only brother who lives in Turkey with my nephew Puya and his wife for years.

Please consider all the above reasons for granting me the permission for international travel. I will provide my probation officer with all the travel details as the trips arise. I have an international blackberry and would be available for contact at all times.

Thank you for your time and consideration

Sincerely,

Nassim Tabatabai, MD