# HAVAS HEALTH

May 20, 2013

To Whom It May Concern:

Nassim Tabatabai, MD, has been working for our company for more than two years and has become a trusted colleague and member of her teams. Our clients as well as our internal teams rely not only on her medical expertise but also on her flexibility to attend conventions, market research, advisory board meetings and team meetings.

Often, meetings are scheduled unexpectedly and on short notice, which can happen for both domestic and European locations. As a result, our clients and our company expect Nassim to be part of such meetings when needed. In order for her to fully contribute to her accounts, Nassim needs to be able to travel to any of such meetings, whether in the U.S. or abroad. We plan to promote Nassim to Vice President, Medical Director, in the near future, where her travel ability will become even more important.

Thank you for your consideration.

Sincerely,

*[signature]*

Karsten Risch, MD, PhD, MPH
Chief Medical Officer

karsten.risch@havashealth.com

200 Madison Avenue
New York, NY 10016
Tel +1-212-251-7900   Fax +1-212-251-2766   www.havashealth.com

EXHIBIT B