# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **CASE NO. 1:12-CR-038** |
| : | |
| **KURAYA TAMUNOIBI AKUIYIBO,** : | |
| : | |
| **Defendant** : | |
| : | |
| : | |
| **NASSIM TABATABAI,** : | |
| : | |
| **Defendant/Petitioner.** : | |
| : | |

## **ORDER**

The defendant has filed a motion for blanket permission to travel from her home in New York to various destinations, both domestically and internationally, as a necessary component of her employment. She also seeks permission to visit her elderly parents in Toronto, Canada and her only brother who resides in Turkey.

The Court, having reviewed the letters filed in support of her request, hereby grants blanket permission for defendant's travel when it is required by her job. Defendant must still make every reasonable effort to inform U.S. Probation of her travel plans ahead of each trip. Travel for personal reasons must still be approved in

1

advance by U.S. Probation, except for one trip each to visit her parents in Toronto, Canada and her brother in Turkey.

SO ORDERED this _____ day of _____, 2013.

_____
LEONIE M. BRINKEMA
United States District Judge